# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOSEPH BARKER,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY BEARD, Secretary CDCR,<br><br>Respondent. | Case No. ED CV 15-1849 RSWL (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 1/26/2016

s/ RONAL D S.W. LEW
HON. RONALD S. W. LEW
SENIOR U.S. DISTRICT JUDGE